No. 82–6640. IN RE DAMIANO. C. A. 11th Cir. Petition for writ of common-law certiorari denied.

No. 82–6609. IN RE GIFFORD; and
No. 82–6719. IN RE CYNTJE. Petitions for writs of mandamus denied.

No. 82–1742. IN RE FORNEY. Petition for writ of prohibition denied.

No. 82–282. MCCAIN ET AL. v. LYBRAND ET AL. Appeal from D. C. S. C. Probable jurisdiction noted.

No. 82–1565. BACCHUS IMPORTS, LTD., ET AL. v. FREITAS, DIRECTOR OF TAXATION OF HAWAII, ET AL. Appeal from Sup. Ct. Haw. Probable jurisdiction noted.

No. 82–958. MCDONOUGH POWER EQUIPMENT, INC. v. GREENWOOD ET AL. C. A. 10th Cir. Certiorari granted.

No. 82–1643. INTERSTATE COMMERCE COMMISSION ET AL. v. AMERICAN TRUCKING ASSNS., INC., ET AL. C. A. 11th Cir. Certiorari granted.

No. 81–757. ALLEN v. WRIGHT ET AL.; and
No. 81–970. REGAN, SECRETARY OF THE TREASURY, ET AL. v. WRIGHT ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 211 U. S. App. D. C. 231, 656 F. 2d 820.